STATE FARM MUTUAL
AUTOMOBILE INS.

v.

FULLER, P.

1488 MDA 2016

Superior Court of Pennsylvania.

06/26/2017

15–CV–999
(Lackawanna)

Affirmed

COM.

v.

TRICE, T.

1518 MDA 2016

Superior Court of Pennsylvania.

06/26/2017

CP–31–CR–0000132–2013
(Huntingdon)

Affirmed

COM.

v.

ROBERTSON, W., Jr.

1792 MDA 2016

Superior Court of Pennsylvania.

06/26/2017

CP–36–CR–0003575–2015 (Lancaster)

Affirmed

COM.

v.

TIBURCIO, T.

1816 MDA 2016

Superior Court of Pennsylvania.

06/26/2017

CP–06–CR–0001319–2016
(Berks)

Affirmed